AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>YASSER HAZIF<br><br>*Defendant(s)* | Case No.<br>6:26-mj-1219 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Feb. 5, 2026- Feb 14, 2026__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor to engage in sexual activity |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Albert Grooms, Special Agent
*Printed name and title*

Sworn to before me over the telephone or reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 2/17/26

_____
Judge's signature

City and state: Orlando, Florida

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**  CASE NO. **6:26-mj-**1219

**COUNTY OF ORANGE**

### AFFIDAVIT IN SUPPORT OF
### ISSUANCE OF A CRIMINAL COMPLAINT

I, Albert Grooms, being duly sworn, do hereby state the following:

1.   This affidavit is submitted in support of a criminal complaint against Yasser HAZIF for a violation of 18 U.S.C. § 2422(b), attempted enticement of a minor. As set forth in more detail below, there is probable cause to believe that from on or about February 5, 2026, continuing through on or about February 14, 2026, HAZIF, by means of interstate commerce, knowingly attempted to persuade, induce, and entice a minor to engage in sexual activity for which he could have been charged with lewd or lascivious battery (engage in sexual activity with a person 12 years of age or older but less than 16 years of age), in violation of Florida Statutes § 800.04(4)(a)(1) & (2), all in violation of 18 U.S.C. § 2422(b).

2.   I am a Special Agent (SA) employed with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since June 2015. I am currently assigned to the Orlando, Florida, office of HSI. My duties include the enforcement of federal criminal statutes, including but not limited to, Titles 8, 18, 19, 21, and 31 of the United States Code. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i) and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

3. My formal education includes a Bachelor's degree in Criminal Justice from American Military University and a Master's degree in Human Services Counseling: Criminal Justice from Liberty University. Through numerous advanced law enforcement-training programs, I have received specialized training in the investigations of sex crimes, child exploitation, child pornography/child sexual abuse material (CSAM), and computer crimes. I have participated in training courses for the investigation and enforcement of child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography.

4. I have been involved in investigations involving child pornography, the creation of child pornography, and online solicitation/enticement of minors. I have participated in investigations of persons suspected of violating federal child pornography laws, including violations of 18 U.S.C. §§ 2251, 2252, 2252A, 1470, and 2422. Additionally, I have authored and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5. I have personal knowledge of all the facts stated in this affidavit and/or have learned of these facts by reviewing documents and electronically stored information and speaking to other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation and have summarized undercover communications.

## PROBABLE CAUSE STATEMENT

6. On February 5, 2026, while acting in an undercover capacity, a Special Agent (UCA) with Homeland Security Investigations (HSI) created a profile on the application "Pure". The application Pure is a phone application where the user creates a dating profile to meet and engage in conversation with other individuals on the application. During the course of the investigation, the UCA utilized the persona of a 14-year-old female juvenile and spoke about a notional 14-year-old friend (Izzy).

7. On or about February 5, 2026, the UCA received a direct message on the application Pure[1] from user "Spectacular Aladdin" (later identified as Yasser HAFIZ aka "Zee"). HAFIZ asked the UCA what her "wildest experience with a partner" was. The UCA stated she was "scared to say" and "I can get in trouble." HAFIZ told her it was a safe space and listed examples of how "I've had conversations with folks in that situation since we both loved age gaps". HAFIZ then offered to move the conversation "outside of the app" and provided his phone number XXX-XXX-3704. The UCA provided an undercover phone number.

8. On or about February 5, 2026, the UCA received a message from HAFIZ on the undercover phone number, from XXX-XXX-3704. HAFIZ identified himself as "Zee". During the conversation, the UCA told HAFIZ they were 14 years old. HAFIZ acknowledged the UCA's age and stated, "I don't have a problem with it."

---

[1] On the Pure application, the UCA's profile listed their age as 18 as that is the minimum age to use the application. The UCA later clarified they were 14 years old.

9. The conversation between the UCA and HAFIZ continued, and HAFIZ asked the UCA about their sexual experiences. HAFIZ shared a few sexual experiences of his and requested that the UCA share her sexual experiences in return.

10. HAFIZ advised the UCA that he was "exploring being a dom right now" and that he wanted a "threesome[2] with 2 women". HAFIZ later defined a dom as "a 'dom' (dominant) is a person who takes charge, controls the scene, and leads the sexual experience."

11. HAFIZ then told the UCA he was currently talking to another female between the ages of 14 and 16 in Orlando. HAFIZ stated he had not met up with the other female yet because it was "hard for them to sneak out." The UCA asked what HAFIZ and the other female planned to do. HAFIZ stated he planned to get an Airbnb with a pool or hot tub and make out and have fun. He then asked the UCA how she felt about doing the same. When asked if HAFIZ was "for real", HAFIZ replied, "Oh absolutely being for real :)."

12. During the subsequent conversation, HAZIF acknowledged the UCA's age several times and stated, "No. I'm excited to be with someone who is 14 (eyes looking to the side emoji)". HAZIF stated he was 36 years old.[3]

---

[2] A threesome is a sexual encounter involving three people.

[3] Checks of law enforcement databases indicate HAZIF is 36 years old.

13.     HAFIZ asked the UCA additional questions about her sexual preference, such as where she lost her virginity and her favorite sexual position. HAZIF stated, "I'd love to meet up with you sometime :)" and described sexual acts he wished to perform on her. HAZIF stated, "I'd love yo hang out with you and flirt. And then wed kiss and make out for a long time and then explore each others bodies. Id love to pleasure you and make you feel good". The UCA asked how HAFIZ would "explore", and he replied, "I'd slowly take your clothes off and play with your breasts. And roll my tongue on your nipples as I look up and watch you moan and then slowly go down and put your legs over my shoulders and kiss and lick between your legs..... I'd make you get on your knees and play with my dick and I'd hold your hair and push your mouth in and out of me....I'd be very slow and sensual with you to make you feel good."

14.     HAFIZ then sent the UCA a Graphics Interchange Format (GIF)[4] which appeared to depict an adult female having penile-vaginal sexual intercourse with a male. He told the UCA, "I would love to do this with you. Perhaps as we have either your friend or my friend there too" and "I'd make out with them as I fuck you." The UCA replied, "Trying to sleep, but keep thinking about this." HAFIZ then stated, "Mmmm good! I'd have your legs spread out and over my shoulders and go in deep as I make you moan with pleasure."

---

[4] A GIF is a silent, animated image file format that loops continuously.

5

15. Shortly after, the UCA again asked whether HAFIZ was serious about meeting with her. HAFIZ stated, "I'm serious about meeting up if you are! and I'd want it to be slow and make out for hours and then we can fuck multiple times." HAFIZ told the UCA he lived in Miami but visited Orlando every couple of months. HAFIZ then asked if the UCA had a friend who would be willing to meet as well. The UCA introduced the second notional 14-year-old juvenile, "Izzy".

16. HAFIZ asked the UCA to invite her notional juvenile friend, Izzy, to meet with him as well. He stated, "So when we meet up what would your friend do? Join in?" He further stated, "I'd love to make out with you both. Taking turns as I play with your boobs." HAFIZ sent a GIF depicting two adult females and one adult male engaged in sexual intercourse and asked, "Maybe something like this? [eyes closed smile emoji]". HAFIZ told the UCA "I'm turned on imagining it." The UCA asked again, "Are you being serious about meeting?" to which HAFIZ replied, "Of course! I've done this with someone who was 16. So I'm excited to explore it with you :)"

17. HAFIZ continued to ask the UCA about her sexual experiences and suggested playing "truth or dare" with the UCA and Izzy as an "icebreaker." The UCA asked, "you are sure me being 14 is okay with you? I get it if not". HAFIZ replied, "Absolutely! It kinda turns me on ngl [sweat face emoji]". The UCA asked HAFIZ "what about it does?" and he replied, "Never been with someone your age. And I'm excited to explore".

18. HAFIZ then sent a GIF depicting an adult male and adult female performing sexual intercourse in a hot tub and stated, "We should do this". HAFIZ himself later described the GIF as "a pic of 2 people having sexy in a tub doggy style" and that he was "touching myself just thinking about doing it with you." When the UCA asked what HAFIZ was thinking about doing, HAFIZ stated, "Pounding you doggy style as I tug your hair." He also stated "I'd love for you to suck me and roll you tongue on my dick."

19. When asked if HAFIZ would be okay using protection because the UCA would not be able to explain being pregnant at 14, HAFIZ replied, "Ya of course. And that'll help me last longer too hehe".

20. On or about February 6, 2026, HAFIZ messaged the UCA and continued to engage in sexual conversation with her. After asking what the UCA was doing, he stated, "Would be so hot to sneak into your bed at night and fuck" and "I really want to do you". When asked what he meant by "do you", HAFIZ clarified it meant "have sex with you [heart emoji]".

21. On or about February 7, 2026, HAFIZ re-initiated the conversation with the UCA. After some casual conversation, HAFIZ asked the UCA when the last time she "had sex." He then asked whether the UCA had approached her friend Izzy about having a "threesome" and discussed plans to travel to Orlando once he found out his work schedule.

22. On or about February 8, 2026, HAFIZ initiated the conversation again with the UCA and asked about her plans for the following weekend. HAFIZ told the

7

UCA he wanted to travel to Orlando to see her and that he would keep her posted. HAFIZ and the UCA discussed plans to sneak out of her house when the UCA's mother left for work. HAFIZ suggested meeting at an Airbnb, and "we can either fuck in the hot tub or take it indoors."

23. HAFIZ provided several Airbnb links to the UCA as options and discussed additional details about how he could be introduced to Izzy for a threesome.

24. On or about February 9, 2026, HAFIZ re-initiated the conversation with the UCA. HAFIZ shared photographs of his workspace with the UCA. The UCA mentioned that HAFIZ had a nice view from his office, and HAFIZ replied, "my view would be even better if you were on your knees under my desk [wink emoji]". HAFIZ then sent a photograph that appeared to depict the clothed genital region of a male. There was a distinguishable bulge in the pants that appeared to be consistent with an erect male penis. HAFIZ stated, "it was from fantasizing about you". When asked fantasizing about what, HAFIZ replied, "About you rolling your tongue up and down and sucking on it as I hold your head." HAFIZ later clarified "sucking on it" meant "Sucking on my dick as it grows in your mouth".

25. HAFIZ and the UCA discussed further plans and details on how they would meet. He expressed his concern if anybody would "suspect anything" if the UCA and Izzy met him in a public place. When asked to clarify what people would suspect, HAFIZ stated," Suspect that something fishy is going on and I'm hanging out with two 14 yo haha". He then again discussed sexual acts he wished to perform

8

on both notional juveniles and wanting to record the sexual activity with the UCA and Izzy to "watch it and then delete it". HAFIZ asked the UCA "would you both make out and suck on my dick too"?

26.  On or about February 9, 2026, HAFIZ told the UCA that he had booked an Airbnb and planned to meet with the UCA in Orlando on Saturday, February 14, 2026. HAFIZ sent a website link which depicted an advertisement for an Airbnb located in Davenport, Florida. HAFIZ then sent a second website link, which depicted an address in Davenport, Florida, asking how far the address was from the UCA. The image of the house at the Google map address visually resembled the house posted on the Airbnb advertisement. HAFIZ stated, "We can fuck in every room". HAFIZ sent an image that appeared to be a screenshot of an email from an Airbnb reservation confirmation of the previously mentioned residence. HAFIZ discussed his plan of picking up the UCA on February 14, 2026, driving her to the Airbnb, and then performing sexual acts with her. HAFIZ further discussed the plan to meet with both the UCA and Izzy on February 15, 2026, at a mall, drive them to the Airbnb, and perform sexual acts on both.

27.  The UCA gave HAFIZ the option to back out, saying, "You sure you are okay with this? I won't have any hard feelings if not. It sounds expensive." HAFIZ replied, "I already booked it, babe. Yeah, it was, but it's okay [kissing emoji]".

28.  On February 14, 2026, HAFIZ told the UCA he had picked up his rental car and sent a photograph of a dark Kia SUV. HAFIZ continued to provide

9

updates to the UCA regarding his travel from Miami, Florida to a pre-determined meeting location in Orlando, Florida. Upon arrival at the meeting location, HAFIZ was apprehended by law enforcement while driving a dark Kia SUV, which appeared to be the same vehicle from the photograph HAFIZ sent to the UCA.

### Identification of Yasser HAFIZ as the user of phone number XXX-XXX-3704

29. Through an open-source inquiry and law enforcement tools, the phone number XXX-XXX-3704 was found to be associated to HAFIZ. Photographs sent by HAFIZ to the UCA visually resembled the driver's license photograph of Yasser HAFIZ. Investigators were also able to determine that HAFIZ's birthday is in December and he lives in Miami, consistent with the information he disclosed during the conversation with the UCA.

30. During HAFIZ's apprehension, law enforcement called the number XXX-XXX-3704 from the undercover phone number that was used to communicate with the UCA. The cellphone discovered in HAFIZ's possession rang and displayed an incoming call from the undercover phone number.

### CONCLUSION

31. Based on the above, I submit that there is probable cause that from on or about February 5, 2026 through on or about February 14, 2026, HAFIZ, using a means or facility of interstate commerce, knowingly attempted to persuade, induce, and entice a minor to engage in sexual activity for which he could have been charged with lewd or lascivious battery (engage in sexual activity with a person 12 years of

age or older but less than 16 years of age), in violation of Florida Statutes § 800.04(4)(a)(1) & (2), all in violation of 18 U.S.C. § 2422(b).

_____
Albert Grooms, Special Agent
Homeland Security Investigations

Affidavit submitted by email and
attested to me as true and accurate
via video conference and/or telephone
consistent with Fed. R. Crim. P. 4.1
and 41(d)(3), before me this 17th day
of February, 2026.

_____
LESLIE HOFFMAN PRICE
United States Magistrate Judge

11